UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ORCHARD GARDENS/ORCHARD    )
PARK HOUSING DEVELOPMENT         )
GUN AND DRUG                      )    VARIOUS CRIMINAL NOS.
TRAFFICKING OPERATIONS          )

## AFFIDAVIT OF BOSTON POLICE DETECTIVE GREGORY BROWN

I, Gregory Brown, being duly sworn, depose and state as follows:

1.    I am submitting this affidavit in support of the government's motion that the following individuals be detained pending trial: **RAYMOND GAINES, A/K/A "HOPS"; JAYLIN HAWKINS, A/K/A "ROCKO, JAY-ROC, LIL BRO"; DAIQUAN LUCAS, A/K/A "SAV MONTANA"; JEREMIAH MINES, A/K/A "GERM GEE, JERM"; ANDRE PARHAM-RANKIN, A/K/A "CHUCK"; JOSE QUINONES, a/k/a "JULIO"; KEON SMITH; DOMINIQUE DOZIER; RAUL WILLIAMS, A/K/A "BOOBIE"; KEVIN WOODS; LYNDON SCOTT, A/K/A L-DOT, L-SCOTT, SKIZZY"; TYREE DRAUGHN, A/K/A "TY."** These individuals together will collectively be referred to as "the Targets".

2.    Each of the Targets has been charged with drug offenses in indictments or criminal complaints returned or issued since June 14, 2017.  Each of the Targets are alleged to have distributed cocaine base, a/k/a "crack cocaine," in and around the Orchard Gardens/Orchard Park Housing Development and the

1

Orchard Gardens K-8 Pilot School located in and around Roxbury's Dudley Square (hereinafter referred to as "Orchard Park" or "the Development"). Another target named **DIAMOND BRITO**, who sold investigators 12 guns and over 35 grams of crack cocaine base in 13 separate transactions, was charged with gun and drug offenses during an earlier phase of these investigations'. **BRITO** (who like most of the Targets here, was an identified member of the Orchard Park gang, was convicted of gun and drug offenses and is currently serving an eight-year sentence for his crimes.

3.    I am a Detective with the Boston Police Department ("BPD") where I have worked for 29 years. I am currently assigned to BPD's Special Investigation Unit ("SIU"), where I have worked for over 10 years.[1] SIU is a city-wide unit made up of Detectives and other investigators who regularly work with units throughout BPD and with federal investigative agencies such as the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") investigating drug, firearms and other crimes being

---

1 Prior to my assignment to the Special Investigations Unit, I was an investigator in the Youth Violence Strike Force from 1995 to 2007 and I was assigned to the Anti- Gang Violence Unit from March 1993 to May 1995. My primary duties as an investigator in these units were to identify Boston based street gangs, document their membership and gather intelligence relative to gang activity. I also worked in partnerships with other law enforcement and community based agencies to initiate procedures to disrupt the organizational structure and reduce the criminal activities of these gangs.

committed by street gangs and other criminal organizations
operating in and around the city of Boston.

4. During my tenure at BPD, I have been involved in
investigations relating to a wide variety of suspected criminal
activity, including the illegal distribution of narcotics,
firearms-related offenses and violent crimes.  Since October
2015, I have participated in joint operations with ATF
investigating drug and firearm trafficking in and around the
Orchard Park Development.  Officers assigned to BPD's District
B-2 have also assisted in these operations.

5.   I have received training in enforcement and
investigation of firearm and narcotics cases.  I have also
received training in the investigation of organized street gangs
involved in firearms trafficking and narcotics distribution.  I
have conducted and participated in investigations involving the
violation of both the federal drug and firearms laws, including
18 U.S.C. § 922(g)(1) --being a felon in possession of a firearm
or ammunition, and 21 U.S.C. §§841 and 846 -- illegal
distribution of narcotics and conspiracy to distribute
narcotics.

6.   I have participated in the investigations described in
detail below.  During them, I have conducted surveillance,

provided intelligence and participated in the preparation and debriefing of the cooperating witnesses used to purchase guns and drugs. I have reviewed reports prepared by other investigators, and discussed individual investigations with other ATF and BPD investigators. Because of my personal participation in these investigations, my conversations with other law enforcement officers, and review of reports prepared by other officers, I am familiar with them.

7.    This affidavit supports the government's request that the Targets be detained pending trial. The government is seeking detention in these cases even though some of the younger Targets do not have lengthy adult criminal histories. It does so because the activities described herein are adversely affecting the quality of life for hundreds of people who live in and around the Development and the Targets simply will not conform their conduct to the requirements of the law.

8.    This affidavit is provided for the limited purpose of familiarizing the Court with the Orchard Gardens Housing Development and the persistent problems of drug trafficking, firearms, and gang-related violence that plague the Development and its residents. It also generally describes ongoing investigations at the Development that began in October 2015 and

4

provides some background information regarding the 13
individuals that have to date been charged with federal drug or
firearm offenses.  One juvenile defendant has also been charged
with drug offenses in state court as a result of purchases made
in the course of these operations.  Other aspects of these
investigations remain ongoing.[2]

## A. BPD District B-2

9.  As already noted, both the Development and Dudley Square
fall within the jurisdiction of BPD's District B-2.  District B-2
is geographically one of the largest police districts in Boston.
As noted, it encompasses the majority of the Roxbury section of
the city as well as portions of Dorchester, to include the Upham's
Corner area and the Columbia Road corridor.  In addition to being
the home of the Orchard Gardens Housing Development, Dudley Square
is the commercial center of Roxbury.  Among other things, it is
the location of Roxbury District Court, BPD District B-2 Station,

---

[2] I believe that the information in this affidavit, including
information set forth about the activities at the Orchard Gardens
Housing Development and the Orchard Park Trailblazers is reliable
because, among other things, it has been provided by multiple sources
or otherwise corroborated.  The information set forth in this
affidavit is not, however, everything that the ATF and the Boston
Police Department have learned about Orchard Gardens and/or criminal
activity in and around the Development.  This affidavit merely
includes information I believe to be relevant to detention issues.

several schools (including the Orchard Gardens K-8 Pilot School which was constructed in 2003 and is located at 906 Albany Street), a branch of the Boston Public Library and several other housing developments, churches, the local headquarters of the Urban League a very busy MBTA Bus Station served by the Silver Line and a large number of commercial and retail establishments. In recent years, it has also been the beneficiary of a number of substantial redevelopment investments, such as the reconstruction of the Bruce C. Bolling Municipal Building that are intended to spur additional development, create jobs and improve the quality of life for the residents of this often beleaguered neighborhood. See "We're Boston's Dudley Square:  Witnesses to a Neighborhood's Rebirth" Boston Globe November 26, 2014 (attached as Exhibit 1).

### B. The Orchard Gardens/Orchard Park Housing Development

10.    The Orchard Gardens/Orchard Park Housing Development is one of the largest publicly funded developments in Roxbury.  It is geographically situated on approximately fifteen (15) acres of land between Melnea Cass Boulevard, Harrison Avenue, Dudley and Hampden Streets immediately adjacent to Dudley Square.

11.    The Orchard Park Development was originally constructed in the 1940s.  As originally built, it consisted of seven hundred and seventy-three (773) apartments contained in multiple brick and mortar walk-ups.

6

12.   During the late 1990's, the Orchard Park Housing
Development was the subject of a major revitalization project
funded by the BHA and HUD.   The older brick and mortar walk-ups
from the 1940's were torn down and replaced and the Development
was renamed Orchard Gardens.   According to the Boston Housing
Authority website,   Orchard Gardens currently consists of three
hundred and thirty-one (331) units of affordable and market rate
housing spread between older rehabilitated buildings, including
the former Dearborn School building, and one hundred and sixty-two
(162) new townhouse style homes.

13.   The Development is a densely populated area that creates
a sort of physical barrier from the remainder of Dudley Square.
The Development is served by a number of roads that are mostly
short and one-way.   All of this makes it difficult for law
enforcement to conduct meaningful surveillance inside the
Development.   Its density is also one of the things that has
allowed groups of mostly gang-involved young men to essentially
take over areas of the Development, conduct open air drug sales,
use drugs and alcohol, and commit a wide range of quality of life
offenses that is one of the things that  our operations were
intended to address.

7

## C. Crime in and around the Orchard Park Development

14. Despite the large financial investments that have been made in the Orchard Development and Dudley Square in recent years and the persistence of the police in District B-2, the problems of gang violence, firearm and drug related crimes, and general quality of life issues, such as public drinking and drug use, are still a problem for the residents of this area. Although overall crime in the City of Boston has fallen significantly in recent years, a review of the data specific to Orchard Park and the surrounding area shows that the Orchard Park Development continues to suffer from a disproportionate amount of shootings and street robberies as well as firearm and drug related arrests. Statistics compiled by BPD's Boston Regional Intelligence Center ("BRIC") relative to these crime categories since the beginning of this investigations show that between January, 2015 and the present, BPD has recorded the following crimes as having taken place either inside or within 500 feet of the Development: one fatal and ten (10) non-fatal shootings; eighteen (18) firearm arrests; eighty (80) drug arrests; and fifty-one (51) robberies.

15. In addition to the amount of crime, its concentration in and around the Orchard Gardens/Orchard Park Housing Development is also a concern to the Boston Police Department and many area

residents.   Attached to this affidavit as Exhibit 2 are maps
prepared by the Boston Regional Intelligence Center that depict
the geographical locations within District B-2 where the highest
concentration of drug and firearm offenses, shootings and street
robberies have occurred since January 2015.   In every category
identified (shootings, robberies, firearm arrests, and drug
arrests) the area in and around the Development is associated with
area B-2 hotspots.

16.   Of course, crime committed in and around the Development
is not limited to the major crime categories already discussed. In
addition, residents of the Development are also confronted with
quality of life offenses such as trespassing, public drinking and
drug use, disorderly conduct and prolific use of (mostly illegal)
dirt bikes or other public disturbances.   Most of these crimes are
committed by individuals (many of whom are associated with the
Orchard Park Trailblazers or other area gangs) who persistently
hang around the Development in large groups often taking over
street corners, front stoops, play areas, parking lots or even
entire streets, thereby forcing residents to go around them to get
to their homes. Police vehicles are often challenged when they go
into the Development by these crowds. Attached to this memorandum
as Exhibit 3 are still photos taken from some of the buys and from
BPD body cameras that reflect these conditions.   The

9

identifications noted on Exhibit 3 were made by the officer whose camera took the pictures.

17. Orchard Park residents frequently express concerns to the leadership of District B-2 and the beat officers who routinely patrol the Development for their safety and the quality of life within their community.  Complaints of groups of young males (often individuals who may have grown up in the area or have relatives in the area but who themselves now live outside the Development) congregating in front of residences, in courtyards, and within the playgrounds of the Development are commonplace. Orchard Park gang members persistently utilize areas within the Development as open-air drug distribution markets, and are often themselves seen consuming marijuana and alcohol in public.  This has led to an atmosphere of fear and intimidation among the communities' residents.[3]  Both the buys that were made and

---

3 Among other things, it is believed that the constant presence of these individuals can leave residents afraid to place calls for police service, thereby leading to under-reporting of crime, such as large groups congregating/trespassing in courtyards and in front of residences for the purpose of, among other things, distributing and using narcotics.

Based on my experience as a gang investigator, I know that when members of local street gangs, such as Orchard Park, consistently congregate in large groups and in the same areas, they put themselves (and everyone else in the area) at an increased risk of being victimized by firearm violence committed by rival gangs.  This is due to the simple fact that Orchard Park members have become easy to locate, and thereby target for

surveillance conducted during the course of this investigation have corroborated these complaints.

18.   Incidents such as those reported herein continue to plague Orchard Park in spite of the concerted efforts of the Boston Police Department to patrol proactively in the Development.   Known Orchard Park members and associates are routinely encountered by officers assigned to District B-2 and Youth Violence Strike Force.   However, as is most often the case during these encounters, the officers are left with little to no enforcement options if the encounter does not rise to the level of arrest; the encounter is documented on a field interrogation, observation and/or frisk report (FIO) and these individuals are free to stay in the community.[4]

### D. The Orchard Park Trailblazers

19.   Much of the criminal activity described above is attributed to individuals associated with the Orchard Park Trailblazers.   The Orchard Park "Trailblazers" consists of

_____

violence.   Unfortunately, circumstances such as these often leave the many law-abiding residents of the Development and their families at an increased risk of being becoming the unintended victims of such violence.

4   Even when the quality of life offenses described herein lead to arrests, the resulting criminal charges often carry little or no consequences in busy courts focused on offenses that are more serious.

approximately sixty-six (66) members and associates that have been verified by the Boston Regional Intelligence Center ("the BRIC"). No less than 12 of the 13 Targets to this investigation are members of Orchard Park or VNF, another area gang.

20.   Members of the Orchard Park Trailblazers also have active feuds with rival gangs throughout the city that have produced numerous crimes of violence.  Current rivals of Orchard Park include members of the Columbia Point Dawgs, H-Block (Humbolt Ave, Holworthy St, and Hutchings St), DSP (Dudley Street Park), Annunciation Road, Ruggles, and MHP (Mission Hill).  As a result of the back and forth firearm violence between members of Orchard Park and their rivals, Orchard Park members have been victimized by firearm violence and have also been arrested, and convicted for firearm related offenses.

**E. The Orchard Park Investigation**

21.   The Orchard Park investigation was launched for two principal reasons. The first is the high concentration of serious crime in and around the Orchard Park Development as shown in the maps attached as Exhibit 2.  Secondly, it was started specifically to target some of the young males (almost all of which are associated with the Orchard Park Trailblazers) who are constantly around the Development and contributing to the quality of life

offenses described above.[5] It is ironic that Orchard Park's redevelopment (which really made it into an attractive and modern project), seems to have it made more difficult to patrol and surveil.

22.   To attack these problems, ATF partnered with me and other members of BPD's Special Investigations Unit ("SIU") in late 2015.  The principal focus of the investigation was to attack drug and firearms trafficking in and around the Development with specific emphasis being placed on street-level drug dealers and Orchard Park members who use the Development as their base and thereby adversely affect quality of life issues for the Development's residents.

23.   Three cooperating witnesses ("CW's") were utilized during the investigation.  The CW's were deployed by investigators in and around the Development to make street-level purchases of crack cocaine and firearms.  With respect to the Targets at issue here, thirty-three (33) controlled purchases of narcotics were made between October 2015 and May 2017.  As already noted, this is in addition to 13 more transactions in which cooperating witnesses

---

5 ATF and BPD also launched the operations in and around the Development to determine if members of Orchard Park would be attempting to expand their territory after the October 2015 arrest of more than 50 members and associates of the Columbia Street Dawgs.

purchased 12 guns and more than 35 grams of crack cocaine from **DIAMOND BRITO** who was charged, convicted, and is presently serving eight years in prison.[6]

24.   The drug purchases were captured on both audio and video recording equipment, and were supplemented with physical surveillance whenever possible. The current investigation was aimed principally at individuals who openly deal drugs and whose historic BPD reports show them to be fixtures inside the Development and around both the violence and the quality of life offenses.  Tragically, one of the original Targets to the investigation overdosed during the investigation after he sold one of the CWs crack cocaine in the area of the Development. Drug charges have also been sought against three older individuals, one of whom is bound to a wheelchair (that he is alleged to be using in his drug dealing) from being shot in 2001. Another Target was

---

6 **BRITO** was arrested earlier because of the frequency of his drug and gun trafficking and because it was believed that it could be done without alerting him and the Targets to the ongoing operations in and around the Development.

When **BRITO** finishes his eight-year prison term, he will be on Supervised Release for an additional four years. During that time, he will be prohibited from entering the area of the Development and from associating with an identified group of Orchard Park associates without the express permission of his Probation Officer.  It is hoped that similar restrictions will be imposed on any of the Targets who are convicted of the charges brought against them here as a means of providing relief to the residents of the Development.

recently released after serving 10-12 years for voluntary manslaughter, and third who has a very serious and lengthy record that includes numerous drug offenses and crimes of violence. All of the Targets are identified members of the Orchard Park Trailblazers except for **DOMINIQUE DOZIER** (not in BPD's gang database) and **KEVIN WOODS** and **DAQUAN LUCAS**, both verified members of VNF (Vine/Forest Street), another area gang aligned with Orchard Park.  This is the second time **WOODS** has been called to answer to federal drug charges resulting from dealing in and around Dudley Square.

25.   The operations at the Development confirmed many of the premises on which they were initiated. The Development is plagued by drug trafficking which represents a major threat to the well-being of all area residents.  During the active phase of our operations, CWs were able to purchase crack cocaine with relative ease even though none of them were from or had contacts with people from the Development.  Hence, every crime charged to date was initiated when a perfect stranger approached a Target and asked for drugs.  All of the buys either took place or were initiated in the area of the Development.

**F. The Targets**

26.   To date, the operations at Orchard Park have resulted in scores of drug purchases as well as the purchase of 12 guns from **DIAMOND BRITO**.  Additional Federal indictments or criminal complaints have now been returned charging 12 more individuals with federal drug charges.

27.   All of the Targets have conducted at least one drug sale in the area of the Development and within 1000 feet of the Orchard Gardens K-8 Pilot School or another school in violation of 21 U.S.C. § 860.  Perhaps the most revealing statistic about the 12 Targets is that, according to Boston Police Department Reports, 10 have been shot or stabbed, some more than once.[7]

## 1. ANDRE PARNHAM-RANKIN

28.   **ANDRE PARNHAM-RANKIN** is a 21-year old verified member of the Orchard Park Trailblazers.  He is charged with selling a CW cocaine base in a school zone on May 18, 2016.  He was also present when another Target, **TYREE DRAUGHN**, sold a CW crack cocaine inside **PARHAM-RANKIN's** car on May 10, 2017.

---

[7]  BPD Reports reflect that **JOSE QUINONES, a/k/a "JULIO"** has been shot three times.  Of the two remaining Targets, **KEON SMITH** served 10-12 years for voluntary manslaughter that arose out of a fatal shooting and **LYNDON SCOTT** served 3.5 years for a firearm offense.

29. **PARNHAM-RANKIN**'s adult record includes a Continuance without a Finding on a weapons charge in 2015. He has determinations of delinquency for Robbery (2012), Assault and Battery on a Police Officer (2010), Assault and Battery with a Dangerous Weapon, and Larceny from the Person (also in 2010). **PARNHAM-RANKIN** violated his Probation on the one juvenile case in which it was imposed, and was on Probation at the time he committed the charged offense here. His BPD reports include numerous incidents involving domestic violence and robberies (only some of which were ever prosecuted), show that he was shot in 2014 while in the area of the Development, and reflect numerous instances in which he violated DYS Probation and Parole.

30. Like nearly all of the targets, **PARNHAM-RANKIN** has been a fixture inside the Development. Since October 1, 2015 (when operations at the Development began), he has been FIO'd in the area of the Development more than 30 times.

## 2. RAUL WILLIAMS

31. **RAUL WILLIAMS** is 26-years old who is charged with selling cocaine base within 1000 feet of the Orchard Gardens K-8 Pilot School. He is a verified member of the Orchard Park Trailblazers and the Vine/Forest Street gangs.

32.  **WILLIAMS'** record includes 51 arraignments as a juvenile and an adult.  Those arraignments resulted in a 2017 conviction of Possession of a Class B Substance with Intent to Distribute (on which he is currently incarcerated), a 2015 conviction for malicious destruction of property, and a group of 2015 convictions for leaving the scene after injuring a person.  He violated his Probation on the latter cases twice, which violations resulted in him being incarcerated on two separate occasions. **WILLIAMS** also has a pending case in Norfolk Superior Court in which he is charged with Trafficking in Cocaine, Distribution of a Class B Substance, and Conspiracy to Violate the Controlled Substances Act.

33.  **WILLIAMS'** historic BPD Reports reflect that he has been shot, been shot at, and has repeatedly been around guns and shots fired incidents in the area of the Development.  He also has scores of FIOs including dozens that took place in and around the Development with other Targets.  This so even though **WILLIAMS'** Board of Probation Records indicate that he did not live in the area of the Development.

### 3. JOSE QUINONES

34.  **JOSE QUINONES** is a 24-year-old who BPD has identified as a verified member of the Orchard Park Trailblazers.  He is

charged with one sale of cocaine base that took place within 1000 feet of the Orchard Gardens K-8 Pilot School.

35.  **QUINONES'** record includes 18 adult arraignments and convictions for illegally carrying a firearm and ammo (2014), Threats (2013) ABPO (2013) and Threats (2013). He also has two open cases in Roxbury for Possession Class A and Receiving Stolen Property and a number of probation violations.

36.  **QUINONES'** BPD Reports reflect that has been shot twice, has repeatedly threatened police, and in 2015 was involved in a high speed chase in the Dudley Square area in which he hit a cruiser and three parked cars (causing one of them to end up on its side) and then had heroin recovered from him when he was taken to the hospital.

### 4. RAYMOND GAINES

37.  **RAYMOND GAINES** is 38 years old and has also been verified as a member of the Orchard Park Trailblazers. He is charged with a single count of distributing cocaine base that he made out of a wheelchair that he has been confined to since being shot more than 15 years ago.

38.  **GAINES** has 39 arraignments and convictions for possessing ammunition (twice) and possession of marijuana with

19

intent to distribute. As a juvenile, **GAINES** had determinations of delinquency for firearms offenses.

39.  Since May 2015, **GAINES** has been FIO'd in and around the Development nearly 40 times even though his Board of Probation Records indicate that he lives outside Boston.  In almost half of those FIOs, **GAINES** was in the company of other Targets.

## 5. KEVIN WOODS

40.  **KEVIN WOODS** is 26 years old and has been identified as a member of VNF (Vine/Forest Street), another area gang aligned with Orchard Park. In 2010, **WOODS** was convicted in federal court of distributing cocaine base in Dudley Square and sentenced to 15 months in prison and four years of Supervised Release.  **WOODS** violated his federal Supervised Release two times and was sent back to prison first for 3 months and then for an additional 18 months.  He was released from federal custody in April 2016, approximately five months before he is alleged to have committed the drug offense charged here.

41. **WOODS** has 28 state court arraignments and was convicted of Resisting Arrest in 2014. As a juvenile, **WOODS** has determinations of delinquency for Assault and Battery (three times), Unarmed Robbery (twice), and Resisting Arrest.  He has

pending cases for Domestic A&B (in Brockton) and for Domestic
A&B and Witness Intimidation (in Cambridge).

### 6. JAYLIN HAWKINS

42. **JAYLIN HAWKINS** is 23 years old and has been identified as
a member of the Orchard Park Trailblazers by the BPD. Although
**HAWKINS** made several sales of cocaine base over the course of the
Orchard Park Operations, he stands charged with a single sale that
took place within 1000 feet of the Orchard Gardens K-8 Pilot School.

43. Although **HAWKINS'** adult record is limited, he had eight
determinations of delinquencies that included Possession of a Class
B Substance, Resisting Arrest, Knowingly Receiving Stolen Property,
Assault and Battery, Vandalism, and Disturbing the Peace. He
violated probation in two of the juvenile matters in which it was
imposed. BPD Reports reflect that he violated DYS Parole as well.

44. Much more information about **HAWKINS** can be found in his
historic Boston Police Reports. **HAWKINS** was shot in 2010 inside
the Development. Two days later, Officers located a bullet hole in
**HAWKINS'** bedroom that they concluded had been shot from the inside.
He was arrested in 2013 with a loaded gun in his waistband after
police responded to Development for a call of shots fired, saw
**HAWKINS** (who matched a description put out on the radio) and chased
him as he forced his way through a large group of people coming out

of Easter Mass.  Even though a loaded gun was found in his waistband, this case was thereafter nol prossed.

45.    **HAWKINS** is also reflective of the goals of these investigations in another way.  He has over two hundred FIOs, the vast majority of which took place in the area of the Development. Dozens of these FIOs also took place while **HAWKINS** was in the company of other Targets.

### 7.   JEREMIAH MINES

46.  **JEREMIAH MINES** is a 24-year old identified member of Orchard Park Trailblazers.  **MINES** is charged with two counts of distributing cocaine base within 1000 feet of a school even though he made four such sales in the course of the underlying operations.

47.    As a juvenile, **MINES** was determined to be delinquent on Firearm and Assault with a Dangerous Weapon charges after he threatened a classmate with a loaded .38 before school and was committed to DYS for nearly 6 years.  Although it is impossible to determine how much time **MINES** spent in a DYS facility, he has no BPD Reports between November 2007 and May 2011.

48. As an adult, **MINES** has been the beneficiary of several favorable state court dispositions.  In 2015, for example, he was placed on Pretrial Probation on 2013 charges of ABDW, Resisting Arrest, Threats, and Open and Gross Lewdness after officers asked

him to leave the Boston Medical Center after he had been treated for a foot `injury. He threatened some officers, threw hot soup at another, wanted to fight the officers present, and was reported to have exposed himself to staff, patients and other people after he was allowed to use the bathroom and had his cuffs removed. This is only one of a number of incidents in which **MINES** is reported to have threatened officers, and/or created scenes when approached by the police (yelling in order to draw a crowd). In a 2012 incident, Mines was involved in a motor vehicle accident on Gaston Street in the Roxbury section of the city after the vehicle he was traveling in was struck by gunfire. Responding officers located Mines inside of a crashed vehicle along with a four (4) year old child.

49. **MINES** also has two pending cases in Roxbury District Court. In the first, he is charged with Possessing a Class B Substance. In the second, he is charged with Domestic A&B and Assault with a Dangerous Weapon.

50. **MINES** has 155 FIOs, more than 125 of which were inside or in the immediate area of the Development.

### 8. DAIQUAN LUCAS

51. **DAIQUAN LUCAS** is a 24-year old who BPD has verified as a member of the VNF gang. He is charged with a single sale of cocaine base within 1000 feet of a school.

52. **LUCAS'** criminal history is limited.  In 2016, he was given pretrial probation on a charge of Possessing a Class B Substance after bags of suspected crack cocaine (that he had secreted in his buttocks), two cell phones, and $933 in cash were recovered from him.  Less than 3 months after that case was dismissed, he was again arrested on drug charges (on May 8, 2017) which charges remain pending in Roxbury District Court.  In this incident, officers recovered two bags of suspected cocaine, a digital scale, and $469 after arresting **LUCAS** for operating without a license.

53.  **LUCAS'** historic reports also reflect ongoing involvement in criminal activity in and around the Development. He has been stabbed once, been in the area of a recovered firearm two times and he and a juvenile were wounded in October 2016 when his rental car was shot up while parked inside the Development. Many of his 113 FIOs also took place inside then Development while in the company of other Targets.

## 9. KEON SMITH

54.  **KEON SMITH** is a 38 year old who has been verified as a member of the Orchard Park Trailblazers by BPD.  In 2001, he was convicted of voluntary manslaughter and of firearm possession and sentenced to 10-12 years in state prison.

24

55.   Since being released, **SMITH** been convicted of Possessing a Class B Substance with Intent to Distribute while inside the Development and has another drug offense (simple possession of Class B) pending in Dorchester District Court.   **SMITH** is charged with one of the two sales of cocaine base he made to a CW, both of which took place while he was on state court probation.

### 10. LYNDON SCOTT

56. **LYNDON SCOTT** is 27 years old.   BPD has verified him as a member of the Orchard Park Trailblazers.   He is charged with selling cocaine to a CW on April 14, 2017 inside the Development and less than 1000 feet from a school.

57. In 2012, **SCOTT** was convicted of firearm offenses and sentenced to 3.5 years in state prison with two years of probation to follow.   Two weeks after his probation period ended, **SCOTT** was arraigned on drug charges (Possession of a Class B Substance with Intent to Distribute) after officers from the Citywide Drug Control Unit saw **SCOTT** make what they believed to be a drug deal in the parking lot of the Roundhouse Hotel (near Boston Medical Center), stopped the rental car that Scott was driving and recovered approximately 10 grams of crack cocaine and $1023 from him.

58.   **SCOTT's** FIOs are not as extensive as some of the other Targets because of the time he has spent in custody since 2012. But the majority of his 78 FIOs were conducted in the area around the Development and nearly half also involved other identified members of the Orchard Park Trailblazers including many of the other Targets.

## 11. DOMINIQUE DOZIER

59.   **DOMINIQUE DOZIER** is 31 years old and is the only Target not included in BPD's Gang Database.  He is charged with one sale of cocaine base that took place inside the Development.

60.   **DOZIER's** criminal history includes 74 arraignments as a juvenile and an adult.  His adult convictions include three separate drug trafficking cases, convictions for ABDW and Assault with a Dangerous Weapon, another set of convictions for A&B and Threats, and another set of convictions for A&B and Resisting Arrest. He has been incarcerated on seven cases, has multiple violations of probation, and was on pretrial release on a Superior Court distribution case at the time he committed the offense here. He is presently on Superior Court Probation on his most recent drug distribution conviction.

## 12. <u>TYREE DRAUGHN</u>

61.  **TYREE DRAUGHN** is a 25 year old who has also been identified as a member of the Orchard Park Trailblazers.  He has been charged in a criminal complaint with distributing cocaine base in a school zone on May 10, 2017. This is one of two sales of cocaine base **DRAUGHN** made to a CW during the underlying operations.

62.  At the time of the charged sale here, **DRAUGHN** was on pretrial release on two Superior Court drug cases.  On October 25, 2016, he was indicted in Suffolk Superior Court for trafficking in Cocaine.  At the time he was charged in that case he was already on pretrial release on a Norfolk County Superior Court indictment that also charged him with Cocaine trafficking, Conspiracy and Distribution of a Class B Substance.  Like virtually all of the Targets, **DRAUGHN** has also been FIO'd in the Development on a regular basis including numerous FIOs with other Targets.

Signed under the pains and penalties of perjury this 13 day of June, 2017.

_____
GREGORY BROWN
DETECTIVE
BOSTON POLICE DEPARTMENT