```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 17-cr-10179-PBS |
| v. | ) |
| | ) VIOLATIONS: |
| LYNDON SCOTT | ) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Distribution of |
| | ) Cocaine Base |
| | ) |
| | ) 21 U.S.C. § 860 -- |
| | ) Distribution of a |
| | ) Controlled Substance |
| | ) Within 1000 Feet of a |
| | ) School |
| | ) |
| | ) 21 U.S.C. § 853 -- Criminal |
| | ) Forfeiture |

## FIRST SUPERSEDING INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury charges that:

On or about April 14, 2017, at Boston in the District of Massachusetts,

**LYNDON SCOTT,**

the defendant herein, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public and private elementary, vocational, and secondary school, more particularly, the Boston

Day and Evening Academy located at 20 Kearsage Avenue in Roxbury, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**LYNDON SCOTT,**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violation.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

3

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS          October 4, 2017

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

11:54A

4