# UNITED STATES V. LYNDON SCOTT
## Crim No. 17-10179-PBS

# GEOGRAPHIC RESTRICTION INCORPORATED
# INTO JUDGMENT OF CONVICTION



While on Supervised Release, LYNDON SCOTT is prohibited from entering the area indicated on the above map which is the area bounded by Melena Cass Blvd, Washington Street, Eustis St., Harrison Avenue, Palmer Street, Warren Street, Dudley Street, and Hampden Street without the prior express permission of the Probation Office. Nothing in this restriction shall prohibit the defendant from traveling on the named streets or from traveling on any subway or bus routes approved by Probation.